UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-412

| | |
|---|---|
| MONTI ANTONIO S.P.A., <br><br> Plaintiff <br><br> v. <br><br> SUBLITECH, INC. <br> d/b/a SUBLITECH AMERICAS, INC., *et al.* <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

*Certified to be a true and correct copy of the original. U.S. District Court, Frank G. Johns, Clerk, Western District of N.C. By: [signature] Deputy Clerk  Date 9-21-2020*

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 23). Having considered Plaintiff's Motion, Memorandum (Doc. No. 24), and Affidavits in Support (Docs. Nos. 23-1 – 23-8), and for good cause shown, the Court **GRANTS** Plaintiff's Motion under Fed. R. Civ. P. 55(b)(2). Accordingly, Plaintiff shall be permitted to recover $500,751.65 from the Defendants, jointly and severally, with prejudgment interest from August 22, 2019, and costs. The Clerk is respectfully DIRECTED to ENTER JUDGMENT and CLOSE THE CASE.

**IT IS SO ORDERED.**

Signed: July 22, 2020

[signature]

Max O. Cogburn Jr
United States District Judge

