UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MONTI ANTONIO, S.p.A., <br><br> Plaintiff, <br><br> vs. <br><br> SUBLITECH, INC., et al., <br><br> Defendants | Civ. A. No. 3:19-cv-412-MOC-DSC |

## SATISFACTION OF JUDGMENT

The plaintiff, Monti Antonio, S.p.A., acknowledges that the judgment dated July 22, 2020 in favor of the plaintiff against the defendants, Sublitech, Inc. and John E. Carroll, has been satisfied in full.

This 16th day of August, 2024.

Respectfully submitted,

/s/ Bo Caudill
Bo Caudill
NC Bar No. 45104
Villmer Caudill, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: 704-216-8255
bocaudill@villmercaudill.com

Theodore J. Folkman (pro hac vice)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7135
tfolkman@rubinrudman.com